The Honorable Ronald B. Leighton

05-CV-05470-ORD

FILED ____ LODGED
____ RECEIVED

MAY - 8 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT L. HILL and JANE W. HILL, a married couple,

Plaintiffs,

vs.

BANKERS UNITED LIFE ASSURANCE COMPANY, a foreign insurer; and LIFE INVESTORS INSURANCE COMPANY OF AMERICA, a foreign insurer,

Defendants.

NO. C05-5470 RBL

STIPULATED ORDER OF DISMISSAL

## I. STIPULATION

The parties herein, acting by and through their undersigned attorneys, hereby stipulate, pursuant to F.R.C.P. 41(a)(1), that the above-entitled action and each and every portion thereof shall be dismissed with prejudice.

STIPULATED ORDER OF DISMISSAL - 1

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

LIF003 0001 hd128017 4/13/06

1  DATED: 2 MAY 06                              DATED: 4-17-2006

2  CARNEY BADLEY SPELLMAN, P.S.                 WILLIAMS LAW OFFICE

3

4  By /s/ Timothy J. Parker                      By /s/ Gary Williams
   Timothy J. Parker, WSBA No. 8797              Gary Williams, WSBA No. 9580
5  Attorney for Defendants                       Attorney for Plaintiffs
   701 Fifth Avenue, Suite 3600                  252 Blueberry Hill Drive
6  Seattle, WA 98104                             Quilcene, WA 98376
   Phone:     (206) 622-8020                     Phone:     (360) 765-0729
7  Facsimile: (206) 467-8215                     Facsimile: (360) 765-0734
   parker@carneylaw.com                          gw@areyoucovered.com

8

9                          II. ORDER OF DISMISSAL

10     THIS MATTER, having been brought on duly and regularly before the undersigned

11  Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does

12  hereby, pursuant to the foregoing Stipulation:

13     ORDER, ADJUDGE AND DECREE that the above-entitled action and each and every

14  portion thereof be and the same hereby is dismissed with prejudice and without costs to any

15  party.

16     DONE IN OPEN COURT this 8th day of May, 2006.

17

18                                          /s/ Ronald B. Leighton
                                            Honorable Robert B. Leighton
19

20

21

STIPULATED ORDER OF DISMISSAL – 2

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

LIF003 0001 hd128017 4/13/06

1  Presented by:

2  CARNEY BADLEY SPELLMAN, P.S.

3

4  _____
   Timothy J. Parker, WSBA No. 8797
5  Attorney for Defendants
   701 Fifth Avenue, Suite 3600
6  Seattle, WA  98104
   Phone:       (206) 622-8020
7  Facsimile:   (206) 467-8215
   parker@carneylaw.com
8

9  Approved as to Form/Notice of Presentation Waived:

10 WILLIAMS LAW OFFICE

11

12 _____
   Gary Williams, WSBA No. 9580
13 Attorney for Plaintiffs
   252 Blueberry Hill Drive
14 Quilcene, WA 98376
   Phone:       (360) 765-0729
15 Facsimile:   (360) 765-0734
   gw@areyoucovered.com

16

17

18

19

20

21

STIPULATED ORDER OF DISMISSAL – 3

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
700 FIFTH AVENUE, #5800
SEATTLE, WA 98104-5017
FAX (206) 467-8215
TEL (206) 622-8020

LIF003 0001 hd128017 4/13/06